UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-675 M |
| v. ) | |
| ) | |
| JOSE SANCHEZ-BAUTISTA, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

   Illegal Re-entry After Deportation in violation of 8 U.S.C. § 1326(a).

 Date of Detention Hearing: December 20, 2006.

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   (1)   Defendant is a native and citizen of Mexico.

   (2)   The Court and defendant have been advised that a detainer has been placed on defendant by Immigration and Customs Enforcement.

   (3)   Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

   IT IS THEREFORE ORDERED:

   (1)   Defendant shall be detained pending trial and committed to the custody of the

01         Attorney General for confinement in a corrections facility separate, to the extent
02         practicable, from persons awaiting or serving sentences or being held in custody
03         pending appeal;

04   (2)  Defendant shall be afforded reasonable opportunity for private consultation with
05         counsel;

06   (3)  On order of a court of the United States or on request of an attorney for the
07         government, the person in charge of the corrections facility in which defendant
08         is confined shall deliver the defendant to a United States Marshal for the purpose
09         of an appearance in connection with a court proceeding; and

10   (4)  The Clerk shall direct copies of this Order to counsel for the United States, to
11         counsel for the defendant, to the United States Marshal, and to the United States
12         Pretrial Services Officer.

DATED this 20th day of December, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER             15.13
18 U.S.C. § 3142(i)          Rev. 1/91
PAGE 2